# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

RECEIVED
2015 AUG 12 P 2: 26

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Joshua Dinkle                Case Number: 1:13cr284-01-WKW

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, Chief U.S. District Judge

Date of Original Sentence: May 15, 2014

Original Offense: Conspiracy Against Rights; 18 U.S.C. § 241
  Criminal Interference with the Right to Fair Housing; Aiding and Abetting; 42 U.S.C § 3631 and 18 U.S.C. § 2
  Obstruction of Justice – Misleading Conduct; 18 U.S.C. § 1512(b)(3)
  Obstruction of Justice – False Statement to a Federal Agent; 18 U.S.C. § 1001(a)

Original Sentence: 24 months incarceration, followed by a 3 year term of supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: May 7, 2015

Assistant U.S. Attorney: Jerusha Tatiana Adams            Defense Attorney: Unassigned

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1- Special Condition: "Defendant shall participate in a mental health treatment program approved by the United States Probation Office..."** | On June 30, 2015, the probation officer called and scheduled Dinkle an appointment for a mental health evaluation with SpectraCare Health Services in Ozark, Alabama. The appointment was scheduled for July 22, 2015; however, Dinkle failed to attend the appointment. |

**Violation No. 2- Standard Condition No. 6:** "The defendant shall notify the probation officer at least ten days prior to any change of residence or employment."

On August 12, 2015, the probation officer attempted to make contact with Dinkle at his reported address in Dothan, Alabama; however, Dinkle's girlfriend, Kellie Lee, advised Dinkle left her residence four days ago and took all of his belongings with him. She further stated he told her he was going to North Alabama and didn't know when he would be returning. Dinkle failed to notify the probation officer regarding a change of address.

**Violation No. 3- Standard Condition No. 1:** "The defendant shall not leave the judicial district without the permission of the Court or probation officer."

On August 12, 2015, the probation officer received a phone call from a confidential source who stated Dinkle was currently in a mobile home in Tuscaloosa, Alabama. He further stated Dinkle told him he was on the run from his federal probation officer and that he was a high ranking member of the Ku Klux Klan. The source also advised that he observed Dinkle in possession of a firearm and that Dinkle stated it was to shoot "Faggots and Niggers". Dinkle did not have permission to leave the Middle District of Alabama.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]     extended for    years, for a total term of    years.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____August 12, 2015_____

/s /Chris Robertson
U. S. Probation Officer

Reviewed and approved:     /s/ David Ron Thweatt
                           Supervisory U.S. Probation Officer

PROB
12C (7/93)

3

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

_____
Date