PROB 12C (7/93)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Steven Joshua Dinkle         Case Number:  1:13cr284-01-WKW

Name of Sentencing Judicial Officer:  The Honorable W. Keith Watkins, Chief U.S. District Judge

Date of Original Sentence:   May 15, 2014

Original Offense:   Conspiracy Against Rights; 18 U.S.C. § 241
            Criminal Interference with the Right to Fair Housing; Aiding and Abetting; 42 U.S.C § 3631 and 18 U.S.C. § 2
            Obstruction of Justice – Misleading Conduct; 18 U.S.C. § 1512(b)(3)
            Obstruction of Justice – False Statement to a Federal Agent; 18 U.S.C. § 1001(a)

Original Sentence:  24 months incarceration, followed by a 3 year term of supervised release

Type of Supervision:  Supervised Release         Date Supervision Commenced:  May 7, 2015

Assistant U.S. Attorney:  Jerusha Tatiana Adams         Defense Attorney:   Carly B. Wilkins

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[**X**]   To amend petition (doc. no. 37) requesting a warrant filed on August 12, 2015

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1- Special Condition:** "Defendant shall participate in a mental health treatment program approved by the United States Probation Office..." | On June 30, 2015, the probation officer called and scheduled Dinkle an appointment for a mental health evaluation with SpectraCare Health Services in Ozark, Alabama.  The appointment was scheduled for July 22, 2015; however, Dinkle failed to attend the appointment. |

**Violation No. 2- Standard Condition No. 6:** "The defendant shall notify the probation officer at least ten days prior to any change of residence or employment."

On August 12, 2015, the probation officer attempted to make contact with Dinkle at his reported address in Dothan, Alabama; however, Dinkle's girlfriend, Kellie Lee, advised Dinkle left her residence four days ago and took all of his belongings with him. She further stated he told her he was going to North Alabama and didn't know when he would be returning. Dinkle failed to notify the probation officer regarding a change of address.

**Violation No. 3- Standard Condition No. 1:** "The defendant shall not leave the judicial district without the permission of the Court or probation officer."

On August 12, 2015, the probation officer received a phone call from a confidential source who stated Dinkle was currently in a mobile home in Tuscaloosa, Alabama. On or about August 13, 2015, Dinkle was found in Tuscaloosa, Alabama, and arrested by deputy U.S. marshals. The defendant did not have permission to leave the Middle District of Alabama.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X ]   revoked.
    [ ]   extended for    years, for a total term of    years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____September 16, 2015_____

_/s /Chris Robertson_____
U. S. Probation Officer

Reviewed and approved:____/s/ Alfred L. Lancaster_____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other
[ ]  The petition for a warrant (doc. no. 37) filed on August 12, 2015, be and is hereby amended

_____
CHIEF UNITED STATES MAGISTRATE JUDGE


_____
Date
